| AUSA: | Andrew Picek | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Brandon Lighter, FBI | Telephone: | (313) 920-0204 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Terrance Parker

Case No.

Case: 2:20−mj−30523
Assigned To : Unassigned
Assign. Date : 12/15/2020
Description: USA V. TERRANCE PARKER (CMP)(MEV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Brandon R. Lighter, SA, FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 15, 2020

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Brandon R. Lighter, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since October of 2008. I have been involved in investigations into the unlawful use and possession of firearms, possession with the intent to distribute controlled substances, armed robberies, homicides, assaults, credit card fraud, as well as various national security investigations.

1

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including communications with others who have personal knowledge of the events and circumstances described herein, oral and written reports about this investigation which your affiant received, directly or indirectly from law enforcement personnel, review of footage from body worn cameras and dash cameras and information gained through my training and experience.

## PURPOSE OF AFFIDAVIT

4.      This affidavit is provided in support of an application for a complaint and arrest warrant of TERRANCE PARKER, date of birth XX/XX/1992. Your affiant believes there is probable cause that PARKER violated Title 18, United States Code, Section 922(g) (felon in possession of a firearm).

## BACKGROUND OF INVESTIGATION
## PROBABLE CAUSE

5.      I am currently involved in an investigation of a subject identified as TERRANCE PARKER, who resides in the Eastern District of Michigan.

2

6.  On November 16, 2020, TERRANCE PARKER was a passenger of a vehicle which was stopped by the Detroit Police Department (DPD) for a traffic violation in the area of East Jefferson Avenue and Orleans Street on Detroit's east side. During the traffic stop, the driver of the vehicle was found to be driving without a valid driver's license and no insurance on the vehicle. The occupants of the vehicle were all removed from the vehicle and advised they were being detained for the stop. In addition to the driver, there was a front seat passenger (PASSENGER 1), rear-driver's side occupant (PASSENGER 2), and rear-passenger side occupant (TERRANCE PARKER). As the occupants of the vehicle were being removed, PARKER was found to be sitting on a Glock model 22 handgun, serial number BAWC119. PARKER was asked if he had a concealed pistol license (CPL), to which he replied he did not.

7.  An inventory search was conducted of the vehicle prior to towing, and another Glock model 21 handgun, serial number UEU849 was recovered under the driver's side passenger seat where PASSENGER 2 was seated.

8.  Database checks for both handguns revealed the Glock 22, s/n BAWC119, was reported stolen in Lansing, Michigan on or about June 29, 2019 and the Glock 21, s/n UEU849, was reported stolen in Monroe County, Michigan on or about November 3, 2020.

9.  PARKER was arrested by DPD and transported to the Detroit

3

Detention Center for booking, once there a search of his person revealed 6 small plastic bags of suspected crack/cocaine in a pocket of his jeans.

10. A computerized criminal history check for TERRANCE PARKER revealed he has a felony conviction for Armed Robbery in 2011 in the 3rd Circuit Court in Wayne County, Michigan, and was sentenced to two to twenty years in prison.

11. In addition to PARKER, the driver, PASSENGER 1, and PASSENGER 2 also all have prior felony convictions that would prohibit them from lawfully possessing firearms.

12. On December 14, 2020, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Michael Jacobs was contacted regarding the Interstate Nexus of the firearm located where PARKER was seated. Special Agent Jacobs stated that the firearm, based on the description provided, met the definition of a firearm as defined in Title 18 U.S.C., Chapter 44, section 921 (a)(3) and was manufactured outside of the State of Michigan, and therefore had traveled in and affected interstate commerce.

## CONCLUSION

13. Based on the above facts, affiant believes there is probable cause to believed that TERRANCE PARKER, DOB XX/XX/92, convicted felon, did knowingly and intentionally possess a firearm, Glock 22, serial number BA WC 119, which traveled in and affected interstate commerce, in violation of Title 18 U.S.C. §922(g)(1) on or about November 16, 2020, in the County of Wayne, Eastern District of Michigan.

Respectfully submitted,

_____
Brandon R. Lighter
Special Agent
Federal Bureau of
Investigation

Subscribed and sworn to before me
On December 15, 2020:

_____
HONORABLE KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

5